148 A.3d 742

WILLIAM SUSER, PLAINTIFF-PETITIONER, v. WACHOVIA MORTGAGE, FSB F/K/A WORLD SAVINGS BANK, FSB, PORT IMPERIAL CONDOMINIUM ASSOCIATION, AND UNITED STATES DEPARTMENT OF THE TREASURY-INTERNAL REVENUE SERVICE, AND/OR HIS, HER OR ITS HEIRS, DEVISEES AND PERSONAL REPRESENTATIVES, AND HIS, HER, THEIR OR ITS SUCCESSORS IN RIGHT, TITLE AND INTEREST, DEFENDANTS, AND DEUTSCHE BANK NATIONAL TRUST COMPANY, F/K/A WASHINGTON MUTUAL BANK, FA, DEFENDANT-RESPONDENT.

FILED July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000640-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.